

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00577-CV

**IN THE INTEREST OF L.M.W., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01534
Honorable Kimberly Burley, Judge Presiding

# O R D E R

All previous requests for extensions of time to file briefs requested by appellants J.C. and I.W. are GRANTED. The appellant briefs for J.C. and I.W. have been filed.

It is so **ORDERED** on January 9, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT